# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **KHUSHI PARTNERSHIP,**<br><br>   Plaintiff,<br><br>vs.<br><br>**BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY,**<br><br>   Defendant. | No. 3:22-CV-00265<br>**Jury Demand** |

## NOTICE OF APPEARANCE

COMES NOW John D. Drake, Attorney at Law, and hereby gives notice of his intent to represent the Plaintiff KHUSHI PARTNERSHIP in the present matter.

Respectfully submitted,

/s/ John D. Drake
**JOHN D. DRAKE, #012405**
Attorney at Law
421 W. College Street
Murfreesboro, TN 37130
615-895-0414
john@attorneymurfreesboro.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the above pleading has been delivered to Lorne G. Hiller, Attorney at Law, 424 Church Street, Ste. 2000, Nashville, TN 37219; and Matthew Ponzi, Attorney at Law, 222 N. LaSalle Street, Ste. 1400, Chicago, IL 60601 via US Mail, postage prepaid, this the 15th day of June, 2023.

/s/ John D. Drake
John D. Drake