IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **KHUSHI PARTNERSHIP,**<br><br>  Plaintiff,<br><br>vs.<br><br>**BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY,**<br><br>  Defendant. | No. 3:22-CV-00265<br>Jury Demand |

## RESPONSE TO MOTION TO DISMISS

COMES NOW, the Plaintiff, by and through his local counsel, and hereby responds to the Motion to Dismiss filed on behalf of the Defendant and stated to this Honorable Court that Plaintiff secured representation by local undersigned counsel and as such the Defendant's Motion to Dismiss is hereby moot.

Respectfully submitted,

/s/ John D. Drake
**JOHN D. DRAKE, #012405**
Attorney at Law
421 W. College Street
Murfreesboro, TN 37130
615-895-0414
john@attorneymurfreesboro.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the above pleading has been delivered to Lorne G. Hiller, Attorney at Law, 424 Church Street, Ste. 2000, Nashville, TN 37219; and Matthew Ponzi, Attorney at Law, 222 N. LaSalle Street, Ste. 1400, Chicago, IL 60601 via US Mail, postage prepaid, this the 15th day of June, 2023.

/s/ John D. Drake
John D. Drake