# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| KHUSHI PARTNERSHIP | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:22-cv-00265 |
| | ) | |
| v. | ) | |
| | ) | |
| BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY | ) ) | |
| | ) | |
| Defendant. | ) | JURY DEMAND |

## STIPULATION OF DISMISSAL

COMES NOW, the Parties, Plaintiff Khushi Partnership and Defendant Berkshire Hathaway Homestate Insurance Company, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate that this action is voluntarily dismissed with prejudice:

Supporting the Stipulation of Dismissal, as evidenced by the signatures of counsel below, the parties have reached agreement with respect to all matters in controversy between them and the parties hereby stipulate agreement to the dismissal of this action with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: April 25, 2025            Respectfully submitted,

*/s/ John D. Drake*
John D. Drake, #012405
Attorney at Law
421 W. College Street
Murfreesboro, Tennessee 37130
(615) 895-0414
john@attorneymurfreesboro.com

*Counsel for Plaintiff Khushi Partnership*


*/s/ Lorne G. Hiller*
Lorne G. Hiller (TN Bar No. 039171)
FREEMAN MATHIS & GARY, LLP
Roundabout Plaza
1600 Division Street, Suite 590
Nashville, Tennessee 37203
Tel: (615) 208-5899
lorne.hiller@fmglaw.com

*Counsel for Defendant*
*Berkshire Hathaway Homestate Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on April 25, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using this court's ECF system which will send notification of such filing to the following:

    John D. Drake, #012405
    Attorney at Law
    421 W. College Street
    Murfreesboro, Tennessee 37130
    (615) 895-0414
    john@attorneymurfreesboro.com

And by email to the following:

    Milton B. Grey
    Tanya Williams
    1500 NE 162nd Street
    North Miami Beach, Florida 33162
    (786) 529-0090
    milton@ilgpa.com
    twilliams@ilgpa.com

    *Counsel for Plaintiff Khushi Partnership*

                                            */s/ Lorne G. Hiller*
                                            Lorne G. Hiller

3

Case 3:22-cv-00265    Document 76    Filed 04/25/25    Page 3 of 3 PageID #: 452